IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SCOTT HEGWOOD, NASTY HABIT, INC.
(a Minnesota Corporation) and
NASTY HABIT, INC. (a Wisconsin
Corporation),

    Plaintiffs,

v.

CITY OF EAU CLAIRE, CHIEF JERRY
MATYSIK, DEPUTY CHIEF BRADLEY
VENAAS, RETIRED DEPUTY CHIEF
GARY FOSTER, CRAIG WEST and
OFFICER DEREK THOMAS,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-350-wmc

---

  This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

  IT IS ORDERED AND ADJUDGED that judgment is entered dismissing defendant Craig West, granting summary judgment in favor of defendants City of Eau Claire, Jerry Matysik, Bradley Venaas, Gary Foster and Derek Thomas and dismissing this case.

_____  3/30/11
Peter Oppeneer, Clerk of Court       Date